Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

Jackson Division



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Sep 09 2025

ARTHUR JOHNSTON, CLERK

By: _____, Deputy Clerk

Randall Mason
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Burl Cain, Et Al
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. 3:25-cv-681-CWR-ASH
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Randall Mason, #172408
All other names by which you have been known:
ID Number: 172408
Current Institution: CMCF
Address: CMCF Area IV B-D 28, P.O. Box 88550
Pearl, MS. 39288
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Burl Cain
Job or Title (if known): Commissioner of MDOC
Shield Number:
Employer: Miss Dept of Corr.
Address:
City / State / Zip Code
[✓] Individual capacity  [ ] Official capacity

Defendant No. 2
Name:
Job or Title (if known): Medical Official
Shield Number:
Employer:
Address:
City / State / Zip Code
[✓] Individual capacity  [ ] Official capacity

Defendant No. 3
Name
Job or Title *(if known)* — DEPUTY COMMISSIONER OF INSTITUTION MDOC
Shield Number
Employer
Address

City    State    Zip Code

☑ Individual capacity    ☐ Official capacity

Defendant No. 4
Name — JANE DOE
Job or Title *(if known)* — MEDICAL OFFICIAL
Shield Number
Employer
Address

City    State    Zip Code

☑ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

U.S. CONST. AMEND.(S) 8, 14(1)

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

<u>DEFENDANTS CONTINUED</u>

- DEFENDANT BURL CAIN IS BEING SUED IN HIS INDIVIDUAL CAPACITY. AT ALL TIMES RELEVENT HE, WHILE ACTING UNDER COLOR OF STATE LAW WAS COMMISSIONER OF MDOC. DEFENDANT CAIN ON AND/OR BETWEEN THE MONTH OF <u>JUNE AND JULY 2023</u>, DID WILFULLY AND INTENTIONALLY FAIL TO CONTRACT WITH AND/OR EMPLOY MEDICAL OFFICIALS TO PROVIDE ADEQUATE MEANINGFUL AND EFFECTIVE MEDICAL CARE TO PLAINTIFF. AS A RESULT PLAINTIFF HAS BEEN SUBJECTED TO CONSTANT UNDUE INFLICTION OF PAIN WHICH AT TIMES HAS CRIPPLED HIM IN VIOLATION OF PLAINTIFF'S 8, 14 (1) AMENDMENT RIGHT(S) TO THE U.S. CONST.

- DEFENDANT <u>JONES</u>, IS BEING SUED IN HER INDIVIDUAL CAPACITY. AT ALL TIMES RELEVENT, SHE ACTED UNDER COLOR OF STATE LAW AS A MEDICAL OFFICIAL AT CMCF ON AND/OR BETWEEN THE MONTH OF <u>JUNE 2023 THROUGH PRESENT</u> DID WILLFULLY SUBJECT PLAINTIFF TO WANTON INFLICTION OF PAIN WHEN SHE FAILED TO SEND PLAINTIFF TO SURGERY TO REMEDY LIFE-THREATENING HERNIA

PLAINTIFF RESERVES THE RIGHT TO ADD/AMEND OTHER DEFENDANTS RELEVENT TO MATTERS ADVANCED AS THEY'RE LOCATED VIA DISCOVERY.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____ SEE ATTACHED "PARTIES & CIVIL COMPLAINT "_____

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)* _____

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____ SEE ATTACHED INSERTED (2) TWO PAGES STATEMENT "CIVIL COMPLAINT"_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

_____ SEE ATTACHED "CIVIL COMPLAINT" TWO PAGES_____

C.  What date and approximate time did the events giving rise to your claim(s) occur?

SEE ATTACHED TWO PAGE "CIVIL COMPLAINT"

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ATTACHED TWO PAGE "CIVIL COMPLAINT"

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

SEE ATTACHED TWO PAGE "CIVIL COMPLAINT"

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

EIGHT HUNDRED THOUSAND U.S. DOLLARS IN PUNITIVE DAMAGES $800,000.00 FROM EACH NAMED DEFENDANT FOR THEIR VIOLATIVE ACTS COMMITTED BY THEM WHILE ACTING UNDER COLOR OF STATE LAW

## CIVIL COMPLAINT

THAT IN OR BETWEEN JUNE THROUGH JULY OF 2023, I, MR. RANDALL MASON, #172408, WHILE HOUSED WITHIN THE MISSISSIPPI DEPARTMENT OF CORRECTIONS, SPECIFICALLY AT CENTERAL MISSISSIPPI CORRECTIONAL FACILITY, P.O. BOX 88550 PEARL, MISSISSIPPI, 39288, EXPIERENCES CRUCIAL ABDOMINAL PAINS. I SUBMITTED A SICK CALL REQUEST CONCERNING THIS MATTER. SUBSEQUENTLY I WAS DIAGNOSED WITH A HERNIA LOCATED IN MY RIGHT LOWER ABDOMINAL GROIN AREA. SINCE THE ABOVE STATED TIME PERIOD AND CONTINUING, I'VE NOT RECIEVED AND/OR NOT BEEN GIVEN ANY EFFECTIVE NOR ADEQUATE MEANINGFUL MEDICAL ATTENTION NOR CARE.

PAGE (1) OF (2)

STATEMENT OF CLAIM CONTINUED

There has been times when the medical personnel (defendants) advised me that I was scheduled for surgical matters in regards to this painful medical situation. But as of this date, below, I've not received any meaningful attention.

I've submitted plenty of sick call requests maintaining having excruciating pain to the point of temporary paralysis. The named defendants¹ were acting under color of state law showed and continues to show deliberate indifference to my medical needs, placing me in undue wanton pain in violation of my U.S. Constitutional Right Amendment Right and 14(1) Amendment Right

---

1. This list is not complete

PAGE (2) OF (2)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1. Where did you file the grievance?

YES AT CENTRAL MISS. CORRECTIONAL FACILITY LEGAL CLAIMS ADJUDICATOR

2. What did you claim in your grievance?

THAT I'M BEEN DENIED EFFECTIVE MEANINGFUL AND ADEQUATE MEDICAL ATTENTIONS INTER ALIA

3. What was the result, if any?

REJECTED BECAUSE ARP COULD NOT PROVIDE REQUESTED RELIEF SEE ATTACHED

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

THE PROCEDURE DOES NOT PROVIDE APPEAL ONLY JUDICIAL REVIEW    SEE ATTACHED

F.  If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

_____ N/A _____

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____ N/A _____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____ N/A _____

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____ N/A _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-9-25

Signature of Plaintiff: Randall Mason
Printed Name of Plaintiff: Randall Mason
Prison Identification #: 172408
Prison Address: CMCF AREA IV B-Bldg
Pearl, MS 39208

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____N/A_____

   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____N/A_____

3. Docket or index number

   _____N/A_____

4. Name of Judge assigned to your case

   _____N/A_____

5. Approximate date of filing lawsuit

   _____N/A_____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____N/A_____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   N/A

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____N/A_____
   Defendant(s) _____N/A_____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____N/A_____

3. Docket or index number
   _____N/A_____

4. Name of Judge assigned to your case
   _____N/A_____

5. Approximate date of filing lawsuit
   _____N/A_____

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition _____N/A_____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____N/A_____