

**STATE OF MISSISSIPPI**
DEPARTMENT OF CORRECTIONS
BURL CAIN
COMMISSIONER

Timothy Barnes, Superintendent
Central Mississippi Correctional Facility

Post Office Box 88550
Pearl, Mississippi 39208
(601)932-2880

August 18, 2025

**Inmate Randall M. Mason #172408**

**CMCF WC, BLD B, Zone D, Bed 0028**

**RE: HOW TO ENTER THE ARP PROCESS**

It is suggested that you use the following guidelines as a checklist before resubmitting your "ARP" to ensure your request is accepted and handled by the Administrative Remedy Program.

- ☐ (1) Send a letter to the CMCF ARP Department, P.O. Box 88550, Pearl, MS 39208. The letter should be as brief as possible. Present as many facts as possible to answer all questions (who, what, when, where, how). <u>You must send this letter through Inmate Legal Assistance Program. It will not be accepted by our office in the regular mail.</u>
- ☐ (2) The original letter **must contain** the phrase <u>**"This is a Request for Administrative Remedy" must be signed**</u> in order to enter the ARP process.
- ☐ (3) Only one complaint/request will be accepted. If your letter contains more than one complaint/request, it will be rejected and returned to you. **A SEPARATE REQUEST MUST BE FILED FOR EACH COMPLAINT/ISSUE**.
- ☐ (4) The Administrative Remedy Program does not accept requests concerning property issue without an "unaltered" property slip **(proof of ownership)**.
- ☐ (5) Make a copy of your letter and retain it for your records. You will not receive your original letter back and the institution is not responsible for furnishing you with a copy of your letter. If your letter concerns an RVR, a <u>completed</u> copy must be sent.
- ☐ (6) Your letter must be sent within **thirty (30) days of an alleged event**. (Unless in a case where you were ill and unable to write, etc.) **[Fifteen (15) days for RVR Appeals]**.
- ☒ (7) The Administrative Remedy Program cannot accept requests for staff to be disciplined, dictation on how staff my conduct themselves (including meetings), any type of compensation, **parole board issues**, camera footage or lawsuit request. If your letter contains any of these requests, it will therefore be **rejected**.

*If you wish to submit your corrected request/complaint, you may do so, provided that it is timely and according to proper procedure.*

Sincerely,

*Le Tresia Stewart*
Administrative Remedy Program

Pc: Inmate File

301 NORTH LAMAR STREET · JACKSON, MISSISSIPPI 39201
PHONE: (601)359-5600 · FAX: (601)359-5624

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**
**ADMINISTRATIVE REMEDY PROGRAM**

FROM: Randall Mason    172408    B.Bdg-D-zone
INMATE NAME    MDOC #    UNIT

RECEIVED
AUG 1 2 2025
INMATE LEGAL
ASSISTANCE PROGRAM

DATE: 8-8-25

This is a Request for Administrative Remedy

I, Mr. Mason, Request Remedy due to an ongoing life threatening medical emergency condition as follows: On and since approximately the month of July, 2023, I've suffered from a hernia located in my lower abdominal regional area. Since that time and continuing I've been expierencing excruciating pain(s) which at times inhibits my ability to walk and performance to do other normal functions. This ongoing painful paralysis is the product of deliberate indifference displayed by medical personel within MDOC. Thus, it's evident that surgery is the only possible avenue to cure this infraction. Indeed, I'm being denied the effective and adequate medical attention and care demanded by our organic law, U.S. Constitution Amendment 8, 14(1).

Relief Sought: That I recieve $500,000.00 and surgery.

Signature and MDOC #_____    Date 8-8-25

"Please Print and Write Legible"